STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | § | **Case No. 5:22-cv-02756** |
| **Plaintiff,** | § | **PATENT CASE** |
| **vs.** | § | **JURY TRIAL DEMANDED** |
| **PLEX, INC.** | § | |
| **Defendant.** | § | **COMPLAINT** |

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" or "RPI") files this original Complaint against Plex, Inc. ("Defendant" or "Plex") for infringement of United States Patent No. 8,437,797 ("the '797 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with a place of business at 449 N Santa Cruz Ave, Los Gatos, CA, 95030-5312. On information and belief, Defendant may be served through its registered agent, Csc - Lawyers Incorporating Service, 2710 Gateway Oaks Dr Ste, 150N, Sacramento, CA 95833; or Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 Patent with sole rights to enforce the '086 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 16 of the '797 Patent by making, using, importing, selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 16 of the '797 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the Plex Media Server photo, media, and file storage and sharing system, the Plex App, and any similar products ("Product"), which infringe at least Claim 16 of the '797 Patent.

15. The Product uses an image capturing device to perform a method. The Product receives and filters photographic images from cameras. The Product also shares the images according to certain conditions. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

Plex Media Server

Plex, Inc. Video Players & Editors 86

Everyone

You don't have any devices

Add to Wishlist

Install

Source: https://play.google.com/store/apps/details?id=com.plexapp.mediaserver.smb&hl=en&gl=US

Source: https://play.google.com/store/apps/details?id=com.plexapp.mediaserver.smb&hl=en&gl=US

Source: https://www.plex.tv/your-media/photos-videos/

**Photos Libraries**

The view options across the top of the library will allow you to switch between Recommended, Timeline, Library, and Albums views if desired.

Source: https://support.plex.tv/articles/200392126-using-the-library-view/

**Organize, discover, and share**

Once you add your photos and videos to Plex, they are organized in one place that is easy to navigate and beautiful to look at from any device. Create photo albums, share libraries, edit metadata, browse all of your photos and videos using automatic image- and geo-tagging, or rediscover forgotten memories.

Source: https://play.google.com/store/apps/details?id=com.plexapp.mediaserver.smb&hl=en&gl=US
Source: https://www.plex.tv/your-media/photos-videos/

16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo library. The Product's app can access captured images (e.g., images stored on a smartphone) and allow a user to transfer the images to other users. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**Organize, discover, and share**

Once you add your photos and videos to Plex, they are organized in one place that is easy to navigate and beautiful to look at from any device. Create photo albums, share libraries, edit metadata, browse all of your photos and videos using automatic image- and geo-tagging, or rediscover forgotten memories.

Source: https://play.google.com/store/apps/details?id=com.plexapp.mediaserver.smb&hl=en&gl=US
Source: https://www.plex.tv/your-media/photos-videos/

Source: https://www.plex.tv/your-media/photos-videos/

17. The Product practices filtering the plurality of photographic images (e.g., sorting the photos) using a transfer criteria (e.g., users select the images they wish to share, etc.). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**Organize, discover, and share**

Once you add your photos and videos to Plex, they are organized in one place that is easy to navigate and beautiful to look at from any device. Create photo albums, share libraries, edit metadata, browse all of your photos and videos using automatic image- and geo-tagging, or rediscover forgotten memories.

Source: https://www.plex.tv/your-media/photos-videos/

**The magic of automatic photo-tagging**

Using object and scene recognition, Plex tags your photos based on subject (kids, sports, sunsets, etc.). Fine-tune your tags by removing, editing, or adding your own! Plex also supports Places, which uses any GPS data in a photo to show you where it was taken.

Source: https://www.plex.tv/your-media/photos-videos/

**Photos Libraries**

The view options across the top of the library will allow you to switch between Recommended, Timeline, Library, and Albums views if desired.

Source: https://support.plex.tv/articles/200392126-using-the-library-view/

18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Plex Media Server

Plex, Inc.

Showing permissions for all versions of this app

Wi-Fi connection information

- view Wi-Fi connections

Source: https://play.google.com/store/apps/details?id=com.plexapp.mediaserver.smb&hl=en&gl=US

Source: https://www.plex.tv/your-media/photos-videos/

19. When using the Product to share photos with a group (e.g., social media group or private group), the image capturing device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device (e.g., the users of both devices belong to the same social media group and may send images to each other as well as other users). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

Organize, discover, and share

Once you add your photos and videos to Plex, they are organized in one place that is easy to navigate and beautiful to look at from any device. Create photo albums, share libraries, edit metadata, browse all of your photos and videos using automatic image- and geo-tagging, or rediscover forgotten memories.

Photos & Videos

Share, reminisce, and give your moments the spotlight on any device you choose, complete with feature-rich options for organization, full format support, and no need to upload to the cloud.

Source: https://www.plex.tv/your-media/photos-videos/

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

**JURY DEMAND**

23. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant

who receive notice of the order from further infringement of United States Patent No. 9,936,086 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: May 10, 2022

Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***