Joel A. Kauth, CA Bar No. 186544
E-mail: joel.kauth@kppb.com
Mark Yeh, CA Bar No. 307181
E-mail: mark.yeh@kppb.com
KPPB LLP
2190 S. Towne Centre Place, Suite 300
Anaheim, CA 92806
PH:   (949) 852-0000
Fax:  (949) 852-0004

Attorneys for Defendant Plex, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLEX, INC.<br><br>　　　　Defendant. | Case No. 3:22-cv-02756-WHA<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT BY 30 DAYS**<br><br>Complaint Filed: May 10, 2022<br>Current Deadline to Respond: July 1, 2022<br>Proposed New Deadline to Respond: August 1, 2022<br><br>Hon. William Alsup |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Defendant Plex, Inc. ("Defendant") and Plaintiff Rothschild Patent Imaging LLC ("Plaintiff," and together with Defendant, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to extend Defendant's time to respond to the filed complaint by 30 days, and for context, provide as follows:

WHEREAS, on May 10, 2022, Plaintiff filed its Complaint for a patent infringement cause of action;

WHEREAS, on May 10, 2022, the Court issued an Initial Case Management Scheduling Order under the Hon. Sallie Kim setting the Initial Case Management Conference for August 8, 2022;

WHEREAS, on May 11, 2022, Plaintiff served Defendant with process of the Complaint and Summons, making Defendant's response to the Complaint due June 1, 2022;

WHEREAS, on May 19, 2022, the Parties engaged in discussions and are currently exploring whether potential settlement may resolve the case before Defendant's response is due;

WHEREAS, on May 24, 2022, all hearing dates then assigned were vacated in view of reassignment of this case to the Hon. William Alsup;

WHEREAS, on May 26, 2022, the Parties filed a joint stipulation to an extend the deadline to respond to the complaint by 30 days, which such stipulation was granted by the Court;

WHEREAS, on June 1, 2022, the Court issued a Notice scheduling the Initial Case Management Conference on August 11, 2022;

WHEREAS, the Parties have made significant progress in settlement discussions;

WHEREAS, the Parties do not enter into this stipulation for the purpose of delay;

WHEREAS, this extension of time to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, in view of the above, the Parties stipulate that good cause exists to extend the time to respond to the Complaint;

IT IS SO STIPULATED.

Dated: July 1, 2022                    Respectfully submitted,

                                                      KPPB LLP

                                                      By: /s/ Mark Yeh

                                                         Joel A. Kauth
                                                         Mark Yeh
                                                         Attorneys for Defendant Plex, Inc.

Dated: July 1, 2022                    Respectfully submitted,

                                                      SML AVVOCATI P.C.
                                                      By: /s/ Stephen M. Lobbin

                                                         Stephen M. Lobbin
                                                         Attorney for Plaintiff Rothschild Patent Imaging LLC

## **ATTESTATION CLAUSE**

I, Mark Yeh, am the ECF User whose ID and password are being used to file this JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT BY 30 DAYS.  In compliance with Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 1, 2022                   KPPB LLP

                                                      By: /s/ Mark Yeh

                                                         Mark Yeh

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following documents has been served upon all counsel of record on July 1, 2022, via the Court's ECF Filing System:

- Joint Stipulation to Extend Deadline to Respond to the Complaint by 30 Days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2022, at Anaheim, California.


By: /s/ Mark Yeh
Mark Yeh